# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Vorrado | 19 EDA 2015<br>Affirmed | 10/03/2016 | CP–51–CR–0010279–<br>2012<br>(Philadelphia) |
| Bettwy v. American Premier Underwriters | 1039 EDA 2015<br>Vacated and<br>Remanded | 10/03/2016 | September Term, 2013<br>(Philadelphia) |
| Com. v. Fuehrer | 2293 EDA 2015<br>Affirmed | 10/03/2016 | CP–46–CR–0007839–<br>2013<br>(Montgomery) |
| Coulter v. Coulter | 2686 EDA 2015<br>Affirmed | 10/03/2016 | August Term, 2014,<br>No. 01298<br>(Philadelphia) |
| Com. v. Miley [1] | 2997 EDA 2015<br>Affirmed | 10/03/2016 | CP–09–CR–0007472–<br>2009<br>(Bucks) |
| Com. v. Garcia | 3050 EDA 2015<br>Affirmed | 10/03/2016 | CP–46–CR–0000448–<br>2014<br>CP–46–CR–0008438–<br>2014<br>(Montgomery) |

1. Petition for reargument denied November 21, 2016.